UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OWEN HARTY,

    Plaintiff,

v.                                    Case No. 6:11-CV-529-ORL-31-DAB

OERTHER FOODS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The Defendant, OERTHER FOODS, INC., by and through its undersigned counsel, and pursuant to Local Rule 3.08(a), hereby notifies the Court of the pending settlement in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Philip Michael Cullen, III, Esquire**, Thomas B. Bacon, P.A., 621 South Federal Highway, Suite 4, Fort Lauderdale, FL 33301, Counsel for Plaintiff.

                                              s/Greg Ackerman
                                              ROBERT ALDEN SWIFT
                                              FBN: 0018518
                                              GREG ACKERMAN
                                              FBN: 0104132
                                              COLE, SCOTT & KISSANE, P.A.
                                              Attorneys for Defendant
                                              Tower Place, Suite 750
                                              1900 Summit Tower Blvd
                                              Orlando, Florida 32810
                                              E-Mail: greg.ackerman@csklegal.com
                                              Telephone: (321) 972-0012
                                              Facsimile: (321) 972-0000

L:\0151-0006-00\P\Ntc of Stlmnt (6-7-12).doc