**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OWEN HARTY,**

               Plaintiff,                      **Case No. 6:11-cv-529-Orl-37DAB**

v.

**OERTHER FOODS, INC.,**

               Defendant.

_____ /

**ORDER OF DISMISSAL**

A Notice of Settlement (Doc 32) was filed June 7, 2012.  The parties were given until July 11, 2012 to file a joint motion for dismissal or other appropriate documents to close out this file.   The time has passed and nothing has been filed.  Therefore, it is

    **ORDERED** that

    1.     This cause is hereby **DISMISSED without PREJUDICE.**

    2.     The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** at Orlando, Florida, this 19 th day of July, 2012.

ROY B. DALTON, JR.
United States District Judge

Copies:  Counsel of Record